*E-FILED 5/11/2009*

1  AKERMAN SENTERFITT LLP
   DONALD M. SCOTTEN (CA SBN 190532)
2  Email: donald.scotten@akerman.com
   MICHAEL B. WALL (CA SBN 252588)
3  Email: michael.wall@akerman.com
   725 South Figueroa Street, 38th Floor
4  Los Angeles, California 90017-5433
   Telephone: (213) 688-9500
5  Facsimile:  (213) 627-6342

6  AKERMAN SENTERFITT LLP
   JUSTIN D. BALSER (CA SBN 213478)
7  justin.balser@akerman.com
   The Kittredge Building
8  511 Sixteenth Street, Suite 420
   Denver, Colorado 80202
9  Telephone: (303) 260-7712
   Facsimile:  (303) 260-7714
10
   Attorneys for Defendant
11 AURORA LOAN SERVICES LLC

12                    UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

14 | HERMILO A. FERNANDEZ and ELMA L. FERNANDEZ, | Case No. 5:09-cv-01578 - HRL
15 |                                              |
   | Plaintiffs,                                  | [PROPOSED] ORDER REGARDING NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL AND STIPULATION TO REMAND
16 |                                              |
   | v.                                           |
17 |                                              |
   | AMERICAN MORTGAGE EXPRESS FINANCIAL DBA MILLENIUM FUNDING GROUP, a business entity, form unknown; AURORA LOAN SERVICES, LLC, a business entity, form unknown; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a business entity, form unknown; COUNTRYWIDE HOME FINANCIAL, a business entity, form unknown; entities unknown, claiming any legal or equitable right, title, estate, lien or interest in property described in this Complaint adverse to Plaintiff's title thereto, and DOES 1 through 25, inclusive, |
18 |                                              | **[Santa Clara County Superior Court case no. 109CV139041]**
19 |                                              |
20 |                                              |
21 |                                              |
22 |                                              | Complaint Filed: April 3, 2009
   |                                              | Trial Date: None
23 |                                              |
24 |                                              |
25 |                                              |
   | Defendants.                                  |
26

27

28
   {LA042969;1}                                1
   **[PROPOSED] ORDER REGARDING NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL AND
                    STIPULATION TO REMAND – CV 09-01578 HRL**

1  IT IS HEREBY ORDERED that pursuant to the Stipulation of all parties
2  regarding the Notice of Withdrawal of Notice of Removal by defendant Aurora Loan
3  Services LLC, the above-referenced matter is hereby removed back to the Superior
4  Court of California in Santa Clara County.  PURSUANT TO STIPULATION, IT IS
5  SO ORDERED.

6
7  DATED: May 11, 2009

8  _____
9  MAGISTRATE JUDGE HOWARD R. LLOYD